**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Jeffrey John Schmidt<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–9248<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: 7   10/12/23 |
| Case number: | 23–60413 – MER | |

**You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options**: | **For creditors:** Register for Electronic Bankruptcy Noticing at ebn.uscourts.gov. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at www.mnb.uscourts.gov/debn

---

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jeffrey John Schmidt | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 1014 34th Ave N<br>Saint Cloud, MN 56303 | |
| 4. | Debtor's attorney<br>Name and address | Wesley W. Scott<br>LifeBack Law Firm, PA<br>13 Seventh Ave S<br>St Cloud, MN 56301 | Contact phone: 320–252–0330<br>Email: samantha@lifebacklaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537 | Contact phone: 218–998–2775<br>Email: trustee@prtel.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 404 Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse  515 West First Street  Duluth, MN 55802 | Hours open: Monday – Friday 8:00AM to 4:30PM  Contact phone: (218) 529–3600  Web address: www.mnb.uscourts.gov  Date: 10/13/23 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2023 at 02:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Video/teleconference *ONLY*, contact trustee for direction, see contact details above** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 1/13/24**  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**  Credit Counseling and Debtor Education Information can be found at  http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 1/13/24** |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Minnesota

In re: Case No. 23-60413-MER
Jeffrey John Schmidt Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-6     User: admin     Page 1 of 2
Date Rcvd: Oct 13, 2023     Form ID: 309A     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey John Schmidt, 1014 34th Ave N, Saint Cloud, MN 56303-2246 |
| 63047631 | | Centracare, 1406 6th Ave N, Saint Cloud MN 56303-1901 |
| 63047633 | + | Donard Kunesh, PO Box 212, Onamia MN 56359-0212 |
| 63047639 | | Republic Services, PO BOX 9001154, Louisville KY 40290-1154 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: samantha@lifebacklaw.com | Oct 13 2023 21:13:00 | Wesley W. Scott, LifeBack Law Firm, PA, 13 Seventh Ave S, St Cloud, MN 56301 |
| tr | + | EDI: BEAHLGREN.COM | Oct 14 2023 01:12:00 | Erik Ahlgren, Ahlgren Law Office, 220 W Washington Ave, Suite 105, Fergus Falls, MN 56537-2569 |
| smg | + | EDI: MINNDEPREV.COM | Oct 14 2023 01:12:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 13 2023 21:13:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 13 2023 21:13:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63047628 | + | EDI: CAPITALONE.COM | Oct 14 2023 01:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63047635 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 13 2023 21:13:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha NE 68103 |
| 63047637 | | EDI: IRS.COM | Oct 14 2023 01:12:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63047638 | + | EDI: MINNDEPREV.COM | Oct 14 2023 01:12:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63047641 | | Email/Text: bankruptcy@myspire.com | Oct 13 2023 21:13:00 | Spire Credit Union, Attn: Bankruptcy Dept., 2025 Larpentur Ave West, Falcon Heights MN 55113 |
| 63047643 | + | EDI: WFFC2 | Oct 14 2023 01:12:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |
| 63047644 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 13 2023 21:13:00 | Xcel Energy, Attn: Bankruptcy Dept, PO Box 9477, Minneapolis MN 55484 |

TOTAL: 12

| District/off: 0864-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 309A | Total Noticed: 16 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63047640 | | Shawn Heinen |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63047630 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63047629 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63047632 | * | Centracare, 1406 6th Ave N, Saint Cloud MN 56303-1901 |
| 63047634 | *+ | Donard Kunesh, PO Box 212, Onamia MN 56359-0212 |
| 63047636 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha NE 68103 |
| 63047642 | *P++ | SPIRE CREDIT UNION, 2025 LARPENTEUR AVE WEST, FALCON HEIGHTS MN 55113-5512, address filed with court:, Spire Credit Union, Attn: Bankruptcy Dept., 2025 Larpentur Ave West, Falcon Heights MN 55113 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 15, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erik Ahlgren | trustee@prtel.com MN23@ecfcbis.com,erik@ahlgrenlawoffice.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 1 Jeffrey John Schmidt samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com |

TOTAL: 3