UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                        BKY: 23-60413-MER

Chapter 7 Case

Jeffrey John Schmidt,

           Debtor(s).

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of Spire Credit Union for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2013 Bobcat M-191BT-20 with VIN# 1SE200J17DF000668

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:    *October 31, 2023*

                                                */e/ Michael E. Ridgway*
                                                Michael E. Ridgway
                                                United States Bankruptcy Judge